UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYLE COBUS,

    Plaintiff,                                          Civil No. 24-cv-12395
                                                            Hon. Matthew F. Leitman

v.

THE CITY OF MADISON HEIGHTS, *et al.*,

    Defendants.

_____/

## ORDER TERMINATING PLAINTIFF'S MOTION TO COMPEL DISCOVERY WITHOUT PREJUDICE (ECF No. 14)

On April 8, 2025, Plaintiff Kyle Cobus filed a motion to compel discovery and for attorneys fees. (*See* Mot., ECF No. 14.) The Court held a status conference with counsel for all parties on April 16, 2025, to discuss the motion. During that conference, the Court explored with counsel possible avenues to resolve the motion. Those discussions appeared to be productive, and the parties seem to have a path forward to resolving the issues raised in the motion. Accordingly, the Court **TERMINATES** Plaintiff's motion to compel **WITHOUT PREJUDICE**. The Court **FURTHER ORDERS** the parties, without delay, to conduct a meaningful and substantive meet and confer in order to resolve the issues raised in the motion.

    **IT IS SO ORDERED**.

                                                              s/Matthew F. Leitman
                                                              MATTHEW F. LEITMAN
Dated: April 16, 2025                            UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 16, 2025, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager
                                            (313) 234-5126